# DISERIO MARTIN O'CONNOR & CASTIGLIONI LLP

ATTORNEYS AT LAW
ONE ATLANTIC STREET
STAMFORD, CT 06901

35 MASON STREET
GREENWICH, CT 06830
TELEPHONE: (203) 622-4100

TELEPHONE: (203) 358-0800
FACSIMILE: (203) 348-2321

WWW.DMOC.COM

50 MAIN STREET
10th FLOOR
WHITE PLAINS, NY 10606
TELEPHONE: (914) 684-0090

SERVICE BY FACSIMILE NOT ACCEPTED

MATTHEW C. WAGNER
Admitted in CT, NY, MA and DC
CT Direct Dial: 203-569-1195
mwagner@dmoc.com

Reply to: Stamford Office

July 28, 2016

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUL 29 2016  ★

LONG ISLAND OFFICE

**Via ECF**
Honorable Judge Arthur D. Spatt
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re:   Putu, LLC v. Value Marketing, Inc., et al., Case No. 2:16-cv-02783-ADS-AYS

Dear Judge Spatt,

This firm represents Plaintiff, Putu, LLC, in the above-referenced case. Your Honor's Order of July 25, 2016 (D.E. 11) set July 29, 2016 as the deadline for the Defendants to file their Answer. We write to update the Court on the status of this matter and request an extension of this deadline, and anticipate filing a dismissal pursuant to settlement, as explained below. Defendants' counsel has consented to the relief requested herein.

We are pleased to report that the parties have agreed to a settlement in principle and are preparing draft settlement agreement papers. The settlement includes, inter alia, a voluntary dismissal of the complaint. The parties believe that they can prepare and finalize the settlement, including the filing of a Rule 41 dismissal, within a few days. The Parties therefore respectfully requests, for good cause, a seven (7) day extension of the deadline to file an Answer. The Defendants have good cause for this extension so that the parties may finalize the terms of their settlement agreement. Thank you for your consideration.

```
Case closed subject to the terms of the
settlement agreement. If the parties fail to
reach a settlement, they may make a motion to
restore this case to the Court's active docket.
```

Respectfully submitted,

*/s/ Matthew C. Wagner*
Matthew C. Wagner

CC: Amir Kornblum, Esq.   amirkornblum@optonline.net

s/ Arthur D. Spatt
_____
Arthur D. Spatt, USDJ
7/29/16